AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DELANEY, CAROLYN K. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 04/8/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

501 I STREET
SACRAMENTO, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | TRUSTEE | TRUST #1 |
| 3. | TRUSTEE | TRUST #2 |
| 4. | TRUSTEE | TRUST #3 |
| 5. | TRUSTEE | TRUST #4 |
| 6. | TRUSTEE | TRUST #5 |
| 7. | | |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 1996 | Commonwealth of Pennsylvania Deferred Compensation Program |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kaplan Family Partnership L.P. | E | Distribution | P1 | T | | | | | |
| 2. Wells Fargo Bank (various accounts) | A | Interest | K | T | | | | | |
| 3. American Century Ultra Stock Fund | A | Dividend | J | T | | | | | |
| 4. American Century Heritage Stock Fund | A | Dividend | J | T | | | | | |
| 5. American Century Emerging Markets Stock Fund | A | Dividend | J | T | | | | | |
| 6. American Century Mid Cap Value Stock Fund | A | Dividend | J | T | | | | | |
| 7. American Century Global Growth Stock Fund | A | Dividend | K | T | | | | | |
| 8. American Century Veedot | A | Dividend | J | T | | | | | |
| 9. IRA#1 | A | Dividend | K | T | | | | | |
| 10. - Pershing Liquid Insured Deposits Money Market Fund | A | Interest | K | T | | | | | |
| 11. - Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 12. - Third Avenue Value Fund | A | Dividend | J | T | | | | | |
| 13. - Permanent Porfolio Fund | A | Dividend | J | T | Buy | 05/17/12 | J | | |
| 14. IRA #2 | A | Dividend | L | T | | | | | |
| 15. - Pershing Liquid Insured Deposits Money Market Fund | A | Dividend | K | T | | | | | |
| 16. - Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 17. - Captial Income Builder Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Global Equity Fund | A | Dividend | J | T | | | | | |
| 19.   Trust #1 | | | | | | | | | |
| 20.   - Captial Income Builder Fund | A | Dividend | J | T | | | | | |
| 21.   - Fundamental Investors | A | Dividend | J | T | | | | | |
| 22.   - The Growth Fund of America | A | Dividend | J | T | | | | | |
| 23.   - Pershing Liquid Insured Deposits Money Market Fund | A | Dividend | J | T | | | | | |
| 24.   Trust #2 | | | | | | | | | |
| 25.   - Oppenheimer Capital Appreciation Class A | A | Dividend | J | T | | | | | |
| 26.   - Oppenheimer Global Allocation Fund | A | Dividend | J | T | | | | | |
| 27.   - Pershing Liquid Insured Deposits Money Market | A | Dividend | J | T | | | | | |
| 28.   Trust #3 | | | | | | | | | |
| 29.   - Pershing Liquid Insured Deposits Money Market Fund | A | Int./Div. | J | T | | | | | |
| 30.   - Oppenheimer Captial Appreciation Class A | A | Dividend | J | T | | | | | |
| 31.   - Oppenheimer Global Allocation Fund | A | Dividend | J | T | | | | | |
| 32.   Trust #4 | | | | | | | | | |
| 33.   - Pershing Liquid Insured Deposits Money Market Fund | B | Dividend | K | T | | | | | |
| 34.   - Growth Fund of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Harbor Bond Fund Institutional Class | A | Int./Div. | J | T | | | | | |
| 36. - The Income Fund of America | A | Int./Div. | K | T | | | | | |
| 37. - The New Perspective Fund | A | Int./Div. | K | T | | | | | |
| 38. - New World Fund | A | Int./Div. | J | T | | | | | |
| 39. - Oppenheimer International Small | B | Int./Div. | | | Sold | 07/28/11 | K | | |
| 40. - Amgen Common Stock | A | Dividend | J | T | | | | | |
| 41. - Boston Scientific Common Stock | A | Dividend | J | T | | | | | |
| 42. - Hewlett Packard Common Stock | A | Dividend | J | T | | | | | |
| 43. - Proctor & Gamble Co Common Stock | A | Dividend | J | T | | | | | |
| 44. - Smucker JM Co Common Stock | A | Dividend | J | T | | | | | |
| 45. - Guggenheim Multi Asset Income | A | Dividend | J | T | | | | | |
| 46. - SPDR Gold Trust | A | Int./Div. | K | T | Buy | 05/17/12 | K | | |
| 47. - Permanent Portfolio Fund | A | Int./Div. | J | T | Buy | 06/04/12 | J | | |
| 48. Trust # 5 | | | | | | | | | |
| 49. - Pershing Liquid Insured Deposits Money Market Fund | A | Int./Div. | J | T | | | | | |
| 50. - Capital World Bond Fund | A | Int./Div. | J | T | | | | | |
| 51. - Captial World Growth & Income | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Europacific Growth Fund | A | Int./Div. | K | T | | | | | |
| 53. - The Growth Fund of America | A | Int./Div. | J | T | | | | | |
| 54. - New Economy Fund | A | Int./Div. | J | T | | | | | |
| 55. - Guggenheim Multi Asset Income | A | Int./Div. | J | T | | | | | |
| 56. - Permanent Portfolio Fund | A | Int./Div. | J | T | Buy | 05/17/12 | J | | |
| 57. - Crossbrook Apartments L.P, Rohnert Park, CA | B | Distribution | L | T | | | | | |
| 58. - Sequoia Wellesley L.P., Redwood City, CA | F | Distribution | | | Sold | 06/19/12 | L | | Vista Sack/Pcfic Urban Res |
| 59. - Vista Sack Associates LP, Mountain View, CA | C | Distribution | L | R | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Trusts #1, #2, #3, #4, and #5 are listed in Part VII of this report. As to the Kaplan Familty Partnership, asset #1 in Part VII, I am a limited partner (with no control over the investment decisions) with a 10% interest; each of my dependents has a 1% interest. Finally,Part VII #39 correctly shows that the entire asset (Oppenheimer International Small) was sold on 7/28/11, rather than a partial sale as reflected on the earlier report.

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/8/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **CAROLYN K. DELANEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544